UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>FOSAMAX PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Actions* | MASTER FILE<br><br>1:06-MD-1789 (JFK) |

### ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

   Applicant's Name: Dana Petersen Moore

   Firm Name: Venable, LLP

   Address: 750 E. Pratt Street, Suite 900

   City/State/Zip: Baltimore, Maryland 21202

   Telephone/Fax: (410) 244-7799 / (410) 244-7742

   Email Address: dpmoore2@venable.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: September 2, 2008

New York, New York

_____
United States District Judge

60381525_1.DOC

# Certificate of Good Standing



## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **DANA PETERSEN MOORE, ESQ., BAR NUMBER 03632**, was duly admitted to practice in the United States District Court for the District of Maryland on DECEMBER 9, 1983, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk

Date: August 19, 2008